IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **VERNON KING, JR.** | § | |
| **v.** | § | CA C-06-145 |
| **BRAD LIVINGSTON, ET AL.** | § | |

### *IN FORMA PAUPERIS* DEFICIENCY ORDER

On March 30, 2006, plaintiff was sent a notice of deficient pleading (D.E. 4), reminding him that he had twenty days to pay the $250 filing fee or file an application to proceed *in forma pauperis* complete with a copy of his six month statement showing the history of deposits to his inmate trust account. Plaintiff did submit a copy of his inmate trust fund account statement but failed to file an application to proceed *in forma pauperis* (D.E. 5).

Plaintiff will be given an opportunity to correct the deficiency. Plaintiff must forward to the Clerk an application to proceed in forma pauperis, with his original signature, within twenty days of the date of this order.

It is further **ORDERED** that the Clerk forward to Plaintiff an application to proceed *in forma pauperis*. Within twenty days of the date of this order Plaintiff must submit to the district court either the filing fee of $250.00 or a completed application to proceed *in forma pauperis*. Plaintiff already filed his inmate trust fund account statement (D.E. 4) and need not submit another copy.

ORDERED this 28th day of April, 2006.

_____
B. JANICE ELLINGTON
UNITED    STATES    MAGISTRATE    JUDGE