IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VERNON KING, JR. | § | |
|     TDCJ-CID #590316 | § | |
| | § | |
| V. | § | C.A. NO. C-06-145 |
| | § | |
| BRAD LIVINGSTON, ET AL. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order of Dismissal, plaintiff's claims are dismissed without prejudice. This is a Final Judgment.

ORDERED this 16th day of May 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE