IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VERNON KING, JR. | § | |
| | § | |
| VS. | § | C.A. NO. C-06-145 |
| | § | |
| BRAD LIVINGSTON, ET AL. | § | |

## DEFICIENCY NOTICE CONCERNING PLAINTIFF'S NOTICE OF APPEAL

By order and final judgment entered May 16, 2006, plaintiff's civil rights action was dismissed (D.E. 14, 15). On May 30, 2006, plaintiff filed a Notice of Appeal (D.E. 17). However, plaintiff did not seek leave to proceed on appeal *in forma pauperis*. ("i.f.p."), nor did he pay the $ 455 appellate filing fee.

According, so that this appeal may move forward, plaintiff is ORDERED to either: (1) submit a properly completed application for leave to proceed i.f.p. on appeal, together with a current copy of his inmate trust fund account statement, within **twenty (20) days of the date of the entry of this Order,** or (2) pay the $455.00 appellate filing fee within that same time period. The Clerk is instructed to mail plaintiff the appropriate i.f.p. forms with a copy of this Order. Plaintiff is advised that failure to comply with the deadlines set forth herein may result in dismissal of his appeal for failure to prosecute.

ORDERED this 3rd day of August 2006.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE